**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Sam Crooms

                        Plaintiff,

v.                                          Case No.: 1:18–cv–04122
                                                              Honorable Gary Feinerman

Sheriff of Cook County, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 8, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone conference held on 5/8/2019 for discussion of settlement issues. Settlement conference is set for 6/10/2019 at 2:00 p.m. Plaintiff's counsel is to provide a settlement letter to defense counsel by 5/20/2019. Defense counsel is to provide a responsive letter to plaintiff's counsel by 6/3/2019. Each party is to provide its letter to Judge Finnegan (by e−mail to Chambers_Finnegan@ilnd.uscourts.gov) on the same day that the letter is sent to opposing counsel. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.